Scottlynn J Hubbard, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, California 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorneys for Plaintiff Janice Webb

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Janice Webb,<br><br>    Plaintiff,<br><br>v.<br><br>Dignity Health,<br><br>    Defendants. | Case No. 2:17-cv-02694-JAM-CMK<br><br>**Joint Stipulation for Dismissal and Order Thereon** |

*Webb v. Dignity Health*     Case No. 2:17-cv-02694-JAM-CMK
Joint Stipulation for Dismissal and [Proposed] Order
Page 1

TO THE COURT AND ALL PARTIES:

Through this Joint Stipulation, plaintiff Janice Webb, and defendant Dignity Health hereby stipulate that the above-entitled action be dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a).

Dated: August 1, 2018   DISABLED ADVOCACY GROUP, APLC

*/s/ Scottlynn J Hubbard*
SCOTTLYNN J HUBBARD
Attorney for Plaintiff Janice Webb

Dated: August 1, 2018   DOWNEY BRAND, LLP

*/s/ Elizabeth Stallard*
ELIZABETH STALLARD
Attorney for Defendant Dignity Health

## Order

Good cause having been shown, this action is dismissed in its entirety and the Clerk is directed to close the case.

Dated: 8/2/2018   /s/ John A. Mendez
U.S. District Judge John A. Mendez

*Webb v. Dignity Health*　　　　　　　　　　　　　　Case No. 2:17-cv-02694-JAM-CMK
Joint Stipulation for Dismissal and [Proposed] Order
Page 2